# UNITED STATES BANKRUPTCY COURT
# DISTRICT OF COLORADO

In re: HILL, KELLY BETH                    § Case No. 11-31209
                                            §
                                            §
Debtor(s)                                   §

**CHAPTER 7 TRUSTEE'S FINAL ACCOUNT AND DISTRIBUTION
REPORT CERTIFICATION THAT THE ESTATE HAS BEEN FULLY ADMINISTERED
AND APPLICATION TO BE DISCHARGED (TDR)**

   Lynn Martinez, Trustee, chapter 7 trustee, submits this Final Account, Certification that the Estate has been Fully Administered and Application to be Discharged.

   1) All funds on hand have been distributed in accordance with the Trustee's Final Report and, if applicable, any order of the Court modifying the Final Report. The case is fully administered and all assets and funds which have come under the trustee's control in this case have been properly accounted for as provided by law. The trustee hereby requests to be discharged from further duties as a trustee.

   2) A summary of assets abandoned, assets exempt, total distributions to claimants, claims discharged without payment, and expenses of administration is provided below:

Assets Abandoned: $119,321.03           Assets Exempt: $47,302.03
*(without deducting any secured claims)*

Total Distribution to Claimants: $1,751.88      Claims Discharged
                                                 Without Payment: $16,283.35

Total Expenses of Administration: $927.09

   3) Total gross receipts of $   4,130.00   (see **Exhibit 1**), minus funds paid to the debtor and third parties of $   1,451.03   (see **Exhibit 2**), yielded net receipts of $2,678.97 from the liquidation of the property of the estate, which was distributed as follows:

**UST Form 101-7-TDR (10/1/2010)**

|  | CLAIMS SCHEDULED | CLAIMS ASSERTED | CLAIMS ALLOWED | CLAIMS PAID |
|---|---|---|---|---|
| SECURED CLAIMS (from **Exhibit 3**) | $120,950.00 | $0.00 | $0.00 | $0.00 |
| PRIORITY CLAIMS: CHAPTER 7 ADMIN. FEES AND CHARGES (from **Exhibit 4**) | 0.00 | 927.09 | 927.09 | 927.09 |
| PRIOR CHAPTER ADMIN. FEES AND CHARGES (from **Exhibit 5**) | 0.00 | 0.00 | 0.00 | 0.00 |
| PRIORITY UNSECURED CLAIMS (from **Exhibit 6**) | 0.00 | 0.00 | 0.00 | 0.00 |
| GENERAL UNSECURED CLAIMS (from **Exhibit 7**) | 17,306.00 | 6,625.23 | 6,625.23 | 1,751.88 |
| **TOTAL DISBURSEMENTS** | $138,256.00 | $7,552.32 | $7,552.32 | $2,678.97 |

4) This case was originally filed under Chapter 7 on September 06, 2011. The case was pending for 18 months.

5) All estate bank statements, deposit slips, and canceled checks have been submitted to the United States Trustee.

6) An individual estate property record and report showing the final accounting of the assets of the estate is attached as **Exhibit 8**. The cash receipts and disbursements records for each estate bank account, showing the final accounting of the receipts and disbursements of estate funds is attached as **Exhibit 9**.

Pursuant to Fed R Bank P 5009, I hereby certify, under penalty of perjury, that the foregoing report is true and correct.

Dated: 03/08/2013    By: /s/Lynn Martinez, Trustee
                         Trustee

**STATEMENT:** This Uniform Form is associated with an open bankruptcy case, therefore, Paperwork Reduction Act exemption 5 C.F.R. §1320.4(a)(2) applies.

**UST Form 101-7-TDR (10/1/2010)**

# EXHIBITS TO
# FINAL ACCOUNT

## EXHIBIT 1 −GROSS RECEIPTS

| DESCRIPTION | UNIFORM TRAN. CODE [1] | $ AMOUNT RECEIVED |
|---|---|---|
| Tax refunds | 1224-000 | 4,130.00 |
| **TOTAL GROSS RECEIPTS** | | **$4,130.00** |

[1] The Uniform Transaction Code is an accounting code assigned by the trustee for statistical reporting purposes.

## EXHIBIT 2 −FUNDS PAID TO DEBTOR & THIRD PARTIES

| PAYEE | DESCRIPTION | UNIFORM TRAN. CODE | $ AMOUNT PAID |
|---|---|---|---|
| Kelly B. Hill | Back to Debtor | 8500-002 | 1,451.03 |
| **TOTAL FUNDS PAID TO DEBTOR AND THIRD PARTIES** | | | **$1,451.03** |

## EXHIBIT 3 −SECURED CLAIMS

| CLAIM NO. | CLAIMANT | UNIFORM TRAN. CODE | CLAIMS SCHEDULED (from Form 6D) | CLAIMS ASSERTED | CLAIMS ALLOWED | CLAIMS PAID |
|---|---|---|---|---|---|---|
| NOTFILED | BAC Home Loans | 4110-000 | 92,281.00 | N/A | N/A | 0.00 |
| NOTFILED | Toyota Motor Credit | 4210-000 | 28,669.00 | N/A | N/A | 0.00 |
| **TOTAL SECURED CLAIMS** | | | **$120,950.00** | **$0.00** | **$0.00** | **$0.00** |

## EXHIBIT 4 −CHAPTER 7 ADMINISTRATIVE FEES and CHARGES

| PAYEE | UNIFORM TRAN. CODE | CLAIMS SCHEDULED | CLAIMS ASSERTED | CLAIMS ALLOWED | CLAIMS PAID |
|---|---|---|---|---|---|
| Lynn Martinez, Trustee | 2100-000 | N/A | 669.74 | 669.74 | 669.74 |
| Lynn Martinez, Trustee | 2200-000 | N/A | 82.35 | 82.35 | 82.35 |
| The Bank of New York Mellon | 2600-000 | N/A | 25.00 | 25.00 | 25.00 |
| The Bank of New York Mellon | 2600-000 | N/A | 25.00 | 25.00 | 25.00 |

**UST Form 101-7-TDR (10/1/2010)**

| PAYEE | UNIFORM TRAN. CODE | | CLAIMS SCHEDULED | CLAIMS ASSERTED | CLAIMS ALLOWED | CLAIMS PAID |
|---|---|---|---|---|---|---|
| The Bank of New York Mellon | 2600-000 | N/A | | 25.00 | 25.00 | 25.00 |
| The Bank of New York Mellon | 2600-000 | N/A | | 25.00 | 25.00 | 25.00 |
| The Bank of New York Mellon | 2600-000 | N/A | | 25.00 | 25.00 | 25.00 |
| The Bank of New York Mellon | 2600-000 | N/A | | 25.00 | 25.00 | 25.00 |
| The Bank of New York Mellon | 2600-000 | N/A | | 25.00 | 25.00 | 25.00 |
| **TOTAL CHAPTER 7 ADMIN. FEES AND CHARGES** | | N/A | | $927.09 | $927.09 | $927.09 |

### EXHIBIT 5 —PRIOR CHAPTER ADMINISTRATIVE FEES and CHARGES

| PAYEE | UNIFORM TRAN. CODE | CLAIMS SCHEDULED | CLAIMS ASSERTED | CLAIMS ALLOWED | CLAIMS PAID |
|---|---|---|---|---|---|
| None | | | | | |
| **TOTAL PRIOR CHAPTER ADMIN. FEES AND CHARGES** | N/A | | $0.00 | $0.00 | $0.00 |

### EXHIBIT 6 —PRIORITY UNSECURED CLAIMS

| CLAIM NO. | CLAIMANT | UNIFORM TRAN. CODE | CLAIMS SCHEDULED (from Form 6E) | CLAIMS ASSERTED (from Proofs of Claim) | CLAIMS ALLOWED | CLAIMS PAID |
|---|---|---|---|---|---|---|
| None | | | | | | |
| **TOTAL PRIORITY UNSECURED CLAIMS** | | | $0.00 | $0.00 | $0.00 | $0.00 |

### EXHIBIT 7 —GENERAL UNSECURED CLAIMS

| CLAIM NO. | CLAIMANT | UNIFORM TRAN. CODE | CLAIMS SCHEDULED (from Form 6F) | CLAIMS ASSERTED (from Proofs of Claim) | CLAIMS ALLOWED | CLAIMS PAID |
|---|---|---|---|---|---|---|
| 1 | Capital One Bank (USA), N.A. | 7100-000 | 5,896.00 | 6,625.23 | 6,625.23 | 1,751.88 |
| NOTFILED | So Colo Wesmens Care PC CO | 7100-000 | 146.00 | N/A | N/A | 0.00 |
| NOTFILED | Beneficial | 7100-000 | 11,140.00 | N/A | N/A | 0.00 |
| NOTFILED | Pueblo Community Health Center | 7100-000 | 124.00 | N/A | N/A | 0.00 |
| **TOTAL GENERAL UNSECURED CLAIMS** | | | $17,306.00 | $6,625.23 | $6,625.23 | $1,751.88 |

**UST Form 101-7-TDR (10/1/2010)**

# Form 1
## Individual Estate Property Record and Report
## Asset Cases

Page: 1

**Case Number:** 11-31209  
**Case Name:** HILL, KELLY BETH  

**Trustee:** (260010) Lynn Martinez, Trustee  
**Filed (f) or Converted (c):** 09/06/11 (f)  
**§341(a) Meeting Date:** 10/19/11  

**Period Ending:** 03/08/13  
**Claims Bar Date:** 07/16/12

| 1<br>Asset Description<br>(Scheduled And Unscheduled (u) Property)<br>Ref. # | 2<br>Petition/<br>Unscheduled<br>Values | 3<br>Estimated Net Value<br>(Value Determined By Trustee,<br>Less Liens, Exemptions,<br>and Other Costs) | 4<br>Property<br>Abandoned<br>OA=§554(a)<br>DA=§554(c) | 5<br>Sale/Funds<br>Received by<br>the Estate | 6<br>Asset Fully<br>Administered (FA)/<br>Gross Value of<br>Remaining Assets |
|---|---|---|---|---|---|
| 1  Tax refunds (u)<br>     2011 federal refund $4,130; Bk Est $2,387.67<br>     2011 Colorado refund $427; Bk Est $291.30 | 0.00 | 2,678.97 | | 4,130.00 | FA |
| 2  Residence at 840 Belmont Ave., Pueblo, CO | 80,638.00 | 0.00 | DA | 0.00 | FA |
| 3  Bank accounts | 50.00 | 50.00 | DA | 0.00 | FA |
| 4  Household goods | 1,270.00 | 0.00 | DA | 0.00 | FA |
| 5  Wearing apparel | 200.00 | 0.00 | DA | 0.00 | FA |
| 6  Jewelry | 300.00 | 0.00 | DA | 0.00 | FA |
| 7  Term life insurance | 0.00 | 0.00 | DA | 0.00 | FA |
| 8  PERA | 14,863.03 | 0.00 | DA | 0.00 | FA |
| 9  2004 Suzuki Forenza | 2,000.00 | 0.00 | DA | 0.00 | FA |
| 10  2008 Toyota Tundra | 20,000.00 | 0.00 | DA | 0.00 | FA |
| 10  Assets  Totals (Excluding unknown values) | **$119,321.03** | **$2,728.97** | | **$4,130.00** | **$0.00** |

**Major Activities Affecting Case Closing:**

   TFR to UST 11/5/12.

   2011 TAX STIP

**Initial Projected Date Of Final Report (TFR):** February 28, 2013    **Current Projected Date Of Final Report (TFR):** December 14, 2012  (Actual)

Printed: 03/08/2013 01:47 PM    V.13.11

Exhibit 9

# Form 2

## Cash Receipts And Disbursements Record

Page: 1

**Case Number:** 11-31209  
**Case Name:** HILL, KELLY BETH

**Trustee:** Lynn Martinez, Trustee (260010)  
**Bank Name:** Rabobank, N.A.  
**Account:** ****046165 - Checking Account

**Taxpayer ID #:** **-***2907  
**Period Ending:** 03/08/13

**Blanket Bond:** $84,384,262.00 (per case limit)  
**Separate Bond:** N/A

| 1<br>Trans.<br>Date | 2<br>{Ref #} /<br>Check # | 3<br>Paid To / Received From | 4<br>Description of Transaction | T-Code | 5<br>Receipts<br>$ | 6<br>Disbursements<br>$ | 7<br>Checking<br>Account Balance |
|---|---|---|---|---|---|---|---|
| 12/28/12 | | RABOBANK MIGRATION TRANSFER IN | RABOBANK MIGRATION | 9999-000 | 2,503.97 | | 2,503.97 |
| 02/03/13 | 11002 | Lynn Martinez, Trustee | Dividend paid 100.00% on $669.74, Trustee Compensation; Reference: | 2100-000 | | 669.74 | 1,834.23 |
| 02/03/13 | 11003 | Lynn Martinez, Trustee | Dividend paid 100.00% on $82.35, Trustee Expenses; Reference: | 2200-000 | | 82.35 | 1,751.88 |
| 02/03/13 | 11004 | Capital One Bank (USA), N.A. | Dividend paid 26.44% on $6,625.23; Claim# 1; Filed: $6,625.23; Reference: | 7100-000 | | 1,751.88 | 0.00 |

|  |  |  |  |
|---|---|---|---|
| ACCOUNT TOTALS | 2,503.97 | 2,503.97 | $0.00 |
| Less: Bank Transfers | 2,503.97 | 0.00 | |
| Subtotal | 0.00 | 2,503.97 | |
| Less: Payments to Debtors | | 0.00 | |
| **NET Receipts / Disbursements** | **$0.00** | **$2,503.97** | |

{} Asset reference(s)

Printed: 03/08/2013 01:47 PM    V.13.11

Exhibit 9

## Form 2

### Cash Receipts And Disbursements Record

Page: 2

| Case Number: | 11-31209 | | Trustee: | Lynn Martinez, Trustee (260010) |
|---|---|---|---|---|
| Case Name: | HILL, KELLY BETH | | Bank Name: | The Bank of New York Mellon |
| | | | Account: | 9200-******34-65 - Checking Account |
| Taxpayer ID #: | **-***2907 | | Blanket Bond: | $84,384,262.00 (per case limit) |
| Period Ending: | 03/08/13 | | Separate Bond: | N/A |

| 1 | 2 | 3 | 4 | | 5 | 6 | 7 |
|---|---|---|---|---|---|---|---|
| Trans. Date | {Ref #} / Check # | Paid To / Received From | Description of Transaction | T-Code | Receipts $ | Disbursements $ | Checking Account Balance |
| 04/10/12 | | US Treasury | Tax refund | | 4,130.00 | | 4,130.00 |
| | {1} | | Tax refund | 2,678.97 | 1224-000 | | 4,130.00 |
| | {1} | | Back to Debtor | 1,451.03 | 1224-000 | | 4,130.00 |
| 04/19/12 | 1001 | Kelly B. Hill | Back to Debtor | 8500-002 | | 1,451.03 | 2,678.97 |
| 04/30/12 | | The Bank of New York Mellon | Bank and Technology Services Fee | 2600-000 | | 25.00 | 2,653.97 |
| 05/31/12 | | The Bank of New York Mellon | Bank and Technology Services Fee | 2600-000 | | 25.00 | 2,628.97 |
| 06/29/12 | | The Bank of New York Mellon | Bank and Technology Services Fee | 2600-000 | | 25.00 | 2,603.97 |
| 07/31/12 | | The Bank of New York Mellon | Bank and Technology Services Fee | 2600-000 | | 25.00 | 2,578.97 |
| 08/31/12 | | The Bank of New York Mellon | Bank and Technology Services Fee | 2600-000 | | 25.00 | 2,553.97 |
| 09/28/12 | | The Bank of New York Mellon | Bank and Technology Services Fee | 2600-000 | | 25.00 | 2,528.97 |
| 10/31/12 | | The Bank of New York Mellon | Bank and Technology Services Fee | 2600-000 | | 25.00 | 2,503.97 |
| 12/27/12 | | RABOBANK MIGRATION TRANSFER OUT | TRANSFER TO 0001026001088 20121227 | 9999-000 | | 2,503.97 | 0.00 |

| | | | | |
|---|---|---|---|---|
| | ACCOUNT TOTALS | | 4,130.00 | 4,130.00 | $0.00 |
| | Less: Bank Transfers | | 0.00 | 2,503.97 | |
| | Subtotal | | 4,130.00 | 1,626.03 | |
| | Less: Payments to Debtors | | | 0.00 | |
| | NET Receipts / Disbursements | | $4,130.00 | $1,626.03 | |

| TOTAL - ALL ACCOUNTS | Net Receipts | Net Disbursements | Account Balances |
|---|---|---|---|
| Checking # ****046165 | 0.00 | 2,503.97 | 0.00 |
| Checking # 9200-******34-65 | 4,130.00 | 1,626.03 | 0.00 |
| | $4,130.00 | $4,130.00 | $0.00 |

{} Asset reference(s)   Printed: 03/08/2013 01:47 PM   V.13.11